IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER V. MUNDO, | No. C 08-02663 JL |
| Plaintiff, | **AMENDED**<br>**Clerk's Notice** |
| v. | **Rescheduling Hearing** |
| U.S. DEPT OF HOMELAND SECURITY, | |
| Defendant.                              / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *motion hearing* previously set for 09/24/08 at 9:30 AM has been rescheduled for **Wednesday, 10/29/08** at **9:30 AM**, before Magistrate Judge Larson. Please report to Courtroom F, on the 15th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 7, 2008                             FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk