JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER VILLALVAZO MUNDO, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY; et al., ) <br> ) <br> Respondents. ) <br> _____ ) | No. C 08-2663 JL <br><br> JOINT MOTION TO RESCHEDULE <br> MOTION HEARING AND CONTINUE <br> CASE MANAGEMENT CONFERENCE |

On May 28, 2008, the Court issued a scheduling order, setting a Case Management Conference on September 3, 2008. Respondents were served on June 2, 2008. On July 31, 2008, Respondents filed a motion to dismiss this action, noticed for September 24, 2008. The Court has continued the motion hearing to October 29, 2008, at 9:30 a.m. Respondents' counsel has a previously scheduled hearing in San Jose on that date.

Accordingly, the parties hereby move the Court to reschedule the motion to November 5, 2008. Moreover, in order to promote efficiency, the parties hereby stipulate, subject to the Court's approval, to stay the CMC pending the Court's ruling on Respondents' Motion to Dismiss.

///

///

JOINT MOTION
C 08-2663 JL                    1

Alternatively, the parties respectfully suggest continuing the Case Management Conference to November 5, 2008, to be heard following the hearing on the Motion to Dismiss.

Dated: August 14, 2008                                             Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: August 14, 2008                                              _____/s/_____
ALEXANDER H. LUBARSKY
Attorney for Petitioner

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The hearing on Respondents' Motion is hereby rescheduled for Wednesday, November 5, 2008, at 9:30 a.m. The Case Management Conference is hereby STAYED pending a decision on Respondents' Motion to Dismiss.

Dated: _____

JAMES LARSEN
United States Magistrate Judge

**ALTERNATIVE ~~PROPOSED~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The hearing on Respondents' Motion is hereby rescheduled for Wednesday, November 5, 2008, at 9:30 a.m. The Case Management Conference is hereby continued to November 5, 2008, to be held following Respondents' Motion to Dismiss. The parties shall file a Joint Case Management Statement no later than October 29, 2008.

Dated:  August 18, 2008

*/s/ James Larson*
JAMES LARSEN
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-2663 JL                                       2