1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | JAVIER VILLALVAZO MUNDO,        )    No. C 08-2663 JL
                                    )
13 |           Petitioner,           )
                                    )
14 |      v.                         )    JOINT REQUEST TO BE EXEMPT FROM
                                    )    FORMAL ADR PROCESS
15 | UNITED STATES DEPARTMENT OF     )
   | HOMELAND SECURITY; et al.,     )
16 |                                )
   |           Respondents.         )
17 |_____)

18      Each of the undersigned certifies that he or she has read either the handbook entitled

19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

20 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

21 resolution options provided by the court and private entities, and considered whether this case might

22 benefit from any of them.

23      Here, the parties agree that referral to a formal ADR process will not be beneficial because

24 this mandamus action is limited to Petitioner's request that this Court review de novo his

25 naturalization application. Respondents assert that venue is improper, and that the case should be

26 dismissed. Given the substance of the action and the lack of any potential middle ground, ADR will

27 only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly,

28 pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option

JOINT MOTION
C 08-2663 JL                                1

1  Program and that they be excused from participating in the ADR phone conference and any further
2  formal ADR process.

3  Dated: August 14, 2008						Respectfully submitted,

4								JOSEPH P. RUSSONIELLO
								United States Attorney

6								      /s/
								MELANIE L. PROCTOR[1]
7								Assistant United States Attorney
								Attorneys for Respondents

9  Dated: August 14, 2008						      /s/
10								ALEXANDER H. LUBARSKY
								Attorney for Petitioner

12						**PROPOSED ORDER**

13	Pursuant to stipulation, IT IS SO ORDERED.

14  Dated:  August 18, 2008						
								JAMES LARSEN
15								United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-2663 JL						2